UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC B. SCHNURER, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:18-cv-01603-JMS-DML |
| | ) |
| DAVID F. LYNN, et al. | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff Eric B. Schnurer and against Defendant Sequoia Consulting Group, Inc. and David F. Lynn, jointly and severally, in the amount of $1,100,000. The Court further **ORDERS** Defendant Sequoia Consulting Group, Inc. to conduct a full accounting of the deposits to Plaintiffs' Sequoia 401(k) plans and to provide the results to counsel for Plaintiffs' within **thirty days** from the date of this Judgment. All claims against Defendant Karen Kinder are **DISMISSED WITH PREJUDICE**. All other claims, other than those resolved in favor of Plaintiffs as set forth above, are **DISMISSED WITH PREJUDICE**.

Date: 8/13/2019

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record.**